AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JEFFERY ROYER,**

    **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**MICHAEL J. ASTRUE,**      **CASE NO. C2-07-892**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**      **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed September 26, 2008, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 26, 2008      JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk